**APPENDIX A**

| Order Date | Order Details | Summary of Lab Results | Cost | Date of Custody | Summary Return Address |
|---|---|---|---|---|---|
| 01/17/2023 | 30 Adderall pills | Acetaminophen | | 1/30/2023 | Raleigh, NC |
| 01/17/2023 | 30 Phentermine pills | Acetaminophen | $460 | 02/07/2023 | Chester, GA |
| 03/28/2023 | 60 Adderall pills | Acetaminophen | | 04/10/2023 | Atlanta, GA |
| 03/28/2023 | 60 Phentermine pills | Acetaminophen | $999.60 | 04/10/2023 | Atlanta, GA |
| 04/28/2023 | 60 Adderall pills | Methamphetamine and Caffeine | $500 | 05/15/2023 | Bronx, NY |
| 07/17/2023 | 60 Adderall pills | No Active Pharmaceutical Ingredient ("API") | $500 | 08/15/2023 | Douglasville, GA |
| | *replacement shipment* | No API | | 08/31/2023 | Stockbridge, GA |
| 09/05/2023 | 60 Adderall pills 20 bonus pills | Caffeine; Tramadol | $500 | 10/02/2023 | Novaliches City, Philippines |
| 09/29/2023 | 90 Adderall pills | No API | $700 | 10/19/2023 | Miami, FL |
| 11/03/2023 | 90 Adderall pills | No API | $725 | 11/17/2023 | Miami FL |
| 11/03/2023 | 60 Phentermine pills | (Blisterpacks) Sibutramine | $500 | 11/27/2023 | Netherlands |
| 12/18/2023 | 60 Adderall pills 20 bonus pills | No API | $550 | 01/05/2024 | Hialeah FL |
| 01/23/2024 | 120 Adderall pills | Methamphetamine & N-cyclohexyl methylone | $720 | 02/08/2024 | West Palm Beach, FL |

| Order Date | Order Details | Summary of Lab Results | Cost | Date of Custody | Summary Return Address |
|---|---|---|---|---|---|
| 02/06/2024 | 90 Adderall pills | Methamphetamine & N-cyclohexyl methylone | $600 | 02/23/2024 | West Palm Beach FL |
| 02/13/2024 | 90 Xanax pills plus 20 bonus pills | Not sent to Lab | $650 | 02/29/2024 | Houston, TX |
| 03/11/2024 | 30 Xanax pills | Gabapentin and Ramelteon | $500 | 03/21/2024 | West Palm Beach, FL |
| 03/11/2024 | 90 Adderall pills plus 20 bonus pills | Acetaminophen, FD&C Red No. 3 and Nitazene-type compound | $875 | 04/01/2024 | West Palm Beach, FL |
| | *80 Remaining Xanax* | Acetaminophen and FD&C Red No. 3 | | 04/15/2024 | West Palm Beach, FL |
| 04/10/2024 | 120 Xanax pills | Pending | $900 | 05/14/2024 | West Palm Beach, FL |
| 04/10/2024 | 120 Phentermine pills | Pending | $480 | 05/14/2024 | West Palm Beach, FL |
| 04/22/2024 | 90 Adderall pills | Pending | $520 | 05/14/2024 | West Palm Beach, FL |
| 6/7/2024 | 60 Adderall pills Plus 10 bonus pills | Gabapentin N-pyrrolidino isotonitazene or N-pyrrolidino protonitazene | $495 | 07/16/2024 | Miami, FL |
| 6/7/2024 | 60 Phentermine pills plus 10 bonus pills | Gabapentin N-pyrrolidino isotonitazene or N-pyrrolidino protonitazene | $495 | 07/16/2024 | Miami, FL |

| Order Date | Order Details | Summary of Lab Results | Cost | Date of Custody | Summary Return Address |
|---|---|---|---|---|---|
| 6/7/2024 | 60 Xanax Pills plus 10 bonus pills | Gabapentin N-pyrrolidino isotonitazene or N-pyrrolidino protonitazene | $495 | 07/16/2024 | Miami, FL |
| 7/15/2024 | 60 Adderall pills plus 10 bonus pills | Acetaminophen, methamphetamine, N,N-dimethylpentylone, and N-cyclohexyl methylone | $495 | 07/31/2024 | Miami, FL |
| 7/15/2024 | 60 Phentermine pills plus 10 bonus pills | Gabapentin | $495 | 07/31/2024 | Miami, FL |
| 7/15/2024 | 60 Xanax pills plus 10 bonus pills | Gabapentin | $495 | 07/31/2024 | Miami, FL |
| 8/18/2024 | 60 Adderall pills plus 10 bonus pills | Pending | $495 | | Seized in Florida |
| 8/18/2024 | 60 Phentermine pills plus 10 bonus pills<br><br>*Accidental double shipment* | Pending | $495 | 09/16/2024<br><br>09/16/2024 | Miami, FL<br><br>Miami, FL |
| 8/18/2024 | 60 Xanax pills plus 10 bonus pills | Pending | $495 | 09/16/2024 | Coral Gables, FL |